ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
MAY 23 2014
U.S. COURT OF
FEDERAL CLAIMS

| | | |
|---|---|---|
| ANIS ATTIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 11-588C |
| | ) | (Judge Bush) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT NOTICE OF THE PARTIES' POSITIONS REGARDING VOLUNTARY DISMISSAL

Pursuant to the Court's orders, dated April 29 and May 13, 2014 (Dkt. Nos. 52 and 55, respectively), defendant, the United States, respectfully files this joint notice of the parties' positions regarding the motion for voluntary dismissal filed by *pro se* plaintiff, Anis Attia, on April 29, 2014 (Dkt. No. 53). Specifically, the Court has ordered the parties to "file a joint notice as to their positions on the type of voluntary dismissal that would be appropriate in this case." May 13, 2014 Order (Dkt. No. 55) at 2. After the parties' conference and deliberation, we have reached consensus that voluntary dismissal without prejudice under Rule 41(a) of the Rules of the United States Court of Federal Claims is appropriate in this case. Both parties are in agreement that voluntary dismissal without prejudice will conserve the parties' resources, as well as those of the Court.

Respectfully submitted,

Anis Attia
579 61st Street
Apartment 1A
Brooklyn, NY 11220-4632
(347) 424-5657

Plaintiff, *Pro Se*

STUART F. DELERY
Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

OF COUNSEL:

CAPTAIN GEOFF GUSKA
U.S. Army Litigation Division
9275 Gunston Road
Fort Belvoir, VA 22060-5546

*Reginald T. Blades, Jr.*
REGINALD T. BLADES, JR.
Assistant Director

*[signature]*
ALEXIS J. ECHOLS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
(202) 616-0463

May 23, 2014

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 23rd day of May, 2014, I caused to be placed in the United States mail (first class mail, postage prepaid) copies of "JOINT NOTICE OF THE PARTIES' POSITIONS REGARDING VOLUNTARY DISMISSAL" addressed as follows:

Anis Attia
579 61st Street
Apt. 1A
Brooklyn, NY 11220-4632

_/s/ K. Young_